**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

**New**

**Name Change**

191 First Columbia Bank & Trust Company – Change to 191 Journey Bank

**Platinum Leader Change**

**Correction**

**Removal**